UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :    Chapter 13
         Angel Brandon Santos             :
                                          :    Bankruptcy No. 20-11156-AMC
                    Debtor.               :

## O R D E R

**AND NOW,** this 18th day of March, 2020, the Debtor having filed the above bankruptcy case on February 25, 2020,

**AND,** the Debtor having filed one (2) prior bankruptcy case before the present case:

Including case number 20-10497, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on January 27, 2020 and dismissed on February 13, 2020 for failure to file information,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents:

   Certificaiton Concerning Credit Counseling
   Chapter 13 Plan
   Matrix List of Creditors
   Chapter 13 Statement of Your Current Monthly Income Form 122C-1
   Means Test Calculation Form 122C-2
   Schedules AB-J
   Statement of Financial Affairs
   Summary of Assets and Liabilities Form B106

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

**A HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on April 14, 2020 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to file documents.

It is FURTHER ORDERED that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F.3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge