UNITED STATES BANKRUPTCY COURT
FOR TH EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                :     Chapter 13
                                      :
    Angel Brandon Santos              :
                                      :     Bankruptcy No. 20-11156-AMC
        Debtor                        :

## O R D E R

**AND NOW**, this 14th day of April, 2020, the Debtor having filed the above bankruptcy case on February 25, 2020,

**AND**, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 20-10497, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on January 27, 2020 and dismissed on February 13, 2020 for failure to file information,

**AND**, the docket reflecting that the Debtor has failed to file the below listed documents:

Certification Concerning Credit Counseling
Chapter 13 Plan
Matrix List of Creditors
Chapter 13 Statement of Your Current Monthly Income Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

**AND**, debtor having failed to appear at the Show Cause hearing scheduled for April 14, 2020,

The Court finds that the debtor has filed this case in bad

faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly, it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, he should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 20-11156, and shall serve such motion upon all of his creditors and the United States Trustee.

Consistent with the Bar Order and until directed otherwise, the Clerk of the Court is **DIRECTED TO REFRAIN** from accepting any bankruptcy petition filed by the Debtor(s) or on behalf of the Debtor(s).

_____
Ashely M. Chan
United States Bankruptcy Judge