United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angel Brandon Santos  
    Debtor

Case No. 20-11156-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Apr 14, 2020  
                  Form ID: pdf900     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
```
db              +Angel Brandon Santos,    425 Harrison Ave.,    Glenside, PA 19038-3203
14484466        +BANK OF AMERICA, N.A.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,
                  Suite 5000,    Philadelphia, PA 19106-1541
14484175        +BANK OF AMERICA, N.A.,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14472877         Bank of America,    P.O. Box 15019,    Wilmington DE 19850-5019
14475503       ++LCI,    PO BOX 1931,    BURLINGAME CA 94011-1931
                 (address filed with court:  COMCAST,     PO BOX 1931,    Burlingame, CA 94011)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Apr 15 2020 04:40:24     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 15 2020 04:40:04
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 15 2020 04:40:17     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14475503         E-mail/Text: documentfiling@lciinc.com Apr 15 2020 04:39:42     COMCAST,    PO BOX 1931,
                  Burlingame, CA 94011
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 3
```

## UNITED STATES BANKRUPTCY COURT
## FOR TH EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                       :        Chapter 13
                                              :
    Angel Brandon Santos        :
                                              :        Bankruptcy No. 20-11156-AMC
             Debtor                         :

## **O R D E R**

**AND NOW**, this 14th day of April, 2020, the Debtor having filed the above bankruptcy case on February 25, 2020,

**AND**, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 20-10497, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on January 27, 2020 and dismissed on February 13, 2020 for failure to file information,

**AND**, the docket reflecting that the Debtor has failed to file the below listed documents:

Certification Concerning Credit Counseling
Chapter 13 Plan
Matrix List of Creditors
Chapter 13 Statement of Your Current Monthly Income Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

**AND**, debtor having failed to appear at the Show Cause hearing scheduled for April 14, 2020,

The Court finds that the debtor has filed this case in bad

faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly, it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

    It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, he should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 20-11156, and shall serve such motion upon all of his creditors and the United States Trustee.

    Consistent with the Bar Order and until directed otherwise, the Clerk of the Court is **DIRECTED TO REFRAIN** from accepting any bankruptcy petition filed by the Debtor(s) or on behalf of the Debtor(s).

_____
Ashely M. Chan
United States Bankruptcy Judge